# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDGAR ESTRADA-MEDINA,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-1558** |
| v. : | **(MANNION, D.J.)** |
| | **(CARLSON, M.J.)** |
| **UNITED STATES OF AMERICA,** *et al.*, : | |
| : | |
| **Defendants** | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Judge Carlson's report and recommendation, (Doc. 25), is **ADOPTED IN FULL**;

(2) The plaintiff's complaint, (Doc. 1), is **DISMISSED**;

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1558-01-ORDER.wpd